UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:17-cv-20788-FAM

| | |
|---|---|
| JOEL BOSH, | ) |
| Plaintiff, | ) |
| vs. | ) |
| UNIVISION COMMUNICATIONS, INC. | ) |
| Defendant. | ) |

# JOINT SCHEDULING REPORT

In accordance with Rules 16 and 26 of the Federal Rules of Civil Procedure and Local Rule 16.1 of the United States District Court, Southern District of Florida, Plaintiff and Defendant (together the "Parties") hereby submit the following Joint Scheduling Report:

**I. Discovery Plan & Case Schedule**

| Event (explanation) | Deadline |
|---|---|
| **Parties to Exchange Initial Disclosures** | July 14, 2017 |
| **Amend pleadings or add parties** | August 25, 2017, except for good cause |
| **Deadline for Plaintiff's Disclosure of Experts (if any) and Expert Report(s)** | November 1, 2017 |
| **Deadline for Defendant's Disclosure of Expert(s) (if any)** | December 1, 2017 |
| **Deadline for Rebuttal Expert Reports** | December 15, 2017 |

1

| **Event (explanation)** | **Deadline** |
|---|---|
| **Discovery Deadline** | December 15, 2017 |
| **Deadline for Motions for Summary Judgment** | January 19, 2018 |
| **Deadline to Complete Mediation** | September 29, 2017 |
| **Deadline for disclosure of trial witnesses** | February 5, 2018. |
| **Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and final pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3).** | March 5, 2018. |
| **Deadline for the filing of pretrial motions, including motions *in limine*** (allows time for response before pretrial conference) | April 2, 2018 |
| **Calendar Call / Pre-Trial Conference** | May 14, 2018 |
| **Trial period commences.** | May 28, 2018 |

II. **Other Issues**

A. **Likelihood of Settlement**.

The Parties have discussed the possibility of settlement and will continue to do so in good faith. The Parties have previously discussed specific settlement proposals in good faith.

### B. The Likelihood of Appearance in the Action of Additional Parties.

Defendant has asserted that "Plaintiff has sued the wrong party." Answer & Aff. Defenses (CM/ECF 10) 4 ¶ 2. As such, the appearance of additional parties in this action is likely.

### C. Proposed Limits on the Time.

*i.  To join other parties and to amend the pleadings.*

The Parties propose that the deadline to join other parties or to amend the pleadings be set for August 27, 2017, except for good cause.

*ii.  To file and hear motions.*

The Parties propose a deadline of January 19, 2018 for motions for summary judgment, and a deadline of April 2, 2018 for any other pre-trial motions.

*iii. To complete discovery.*

The Parties propose a deadline of December 15, 2017 for completion of discovery.

### D. Proposal for the Formulation and Simplification of Issues.

The Parties will continue to work cooperatively to informally resolve as many issues as possible without the Court's assistance. As the matter progresses, the Parties will determine the number and timing of issues that may be resolved via summary judgment.

### E. The Necessity or Desirability of Amendments to the Pleadings.

The Plaintiff intends to amend the Complaint (CM/ECF 1). Further investigation and discovery is required to determine the necessity or desirability of other amendments to the pleadings. Accordingly, amendments to the pleadings may be necessary, and the Parties request

leave of court to do so if necessary within the time limits set forth in the Joint Proposed Scheduling Order.

**F.     The Possibility of Obtaining Admissions of Fact, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding the Authenticity of Documents, and the Need for Advance Rulings from the Court on the Admissibility of Evidence.**

The Parties will work cooperatively to facilitate the exchange of documents and other discovery. The parties have agreed to produce documents in PDF format, except that excel sheets will be produced in native format. The Parties will work together to stipulate to admissions of fact and to the authenticity of documents in order to minimize the need for advance rulings from the Court.

**G.     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

The Parties will work cooperatively to avoid the need for unnecessary proof and cumulative evidence.

**H.     Suggestions on the Advisability of Referring Matters to a Magistrate Judge.**

The Parties agree to refer this matter to a Magistrate Judge for resolution of discovery related issues only.

**I.     A Preliminary Estimate of the Time Required for Trial.**

The Parties anticipate that trial in this matter will take 3-5 days.

**J.     Requested Date or Dates For Conferences Before Trial, A Final Pretrial Conference, and Trial Requested Dates.**

The Parties request that a Pretrial Conference be held on May 14, 2018. The Parties shall be prepared to commence with trial on May 28, 2018.

4

K.  **Any Other Information that Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference.**

The Parties request that the above-styled action is assigned to the Standard Track as referenced by Local Rule 16.1(1)(a)(2)(B).

Dated: June 26, 2017.

Respectfully submitted,                              Respectfully submitted,

**LIPSCOMB & PARTNERS, PLLC**                        **MCDERMOTT WILL & EMERY LLP**
25 SE 2nd Avenue, 8th Floor                          333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131                                 Miami, Florida 33131
Tel: (786) 431-2228                                  Tel: (305) 358-3500
Fax: (786) 431-2229                                  Fax: (305) 347-6500
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

By: */s/ David Tamaroff*                             By: */s/ Audrey Pumariega*
    David F. Tamaroff, Esq.                              Justin B. Uhlemann, Esq.
    Fla. Bar No. 92084                                   Fla. Bar No. 568872
    dt@lipscombpartners.com                              juhlemann@mwe.com
                                                         Audrey M. Pumariega, Esq.
                                                         Fla. Bar No. 85206
                                                         apumariega@mwe.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record and those parties receiving notification through the CM/ECF system.

                                        By:   */s/ David Tamaroff*
                                                David F. Tamaroff, Esq.