UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 17-20788-CIV-FAM

JOEL BOSH,

    Plaintiff,

vs.

UNIVISION COMMUNICATIONS INC.,

    Defendant.

_____/

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff Joel Bosh and Defendant Univision Communications, Inc., by their respective undersigned counsel, pursuant to the Court's June 28, 2017 Scheduling Order Setting Trial and Order of Referral to Mediation (D.E. 12 and D.E. 13, respectively), hereby give notice that the parties have selected Mark Stein, Mark Stein Law, 2999 N.E. 191st Street, Suite 330, Aventura, Florida 33180, Tel: (305) 356-7550, to serve as mediator in the above-styled action. Counsel for the parties will advise the Court as soon as the mediation is scheduled. The mediation will be scheduled to take place prior to the Court-ordered deadline.

Dated: July 14, 2017

                                          Respectfully submitted,

                                          **LIPSCOMB & PARTNERS, PLLC**
                                          25 SE 2nd Avenue, 8th Floor
                                          Miami, Florida 33131
                                          Tel: (786) 431-2228
                                          Fax: (786) 431-2229
                                          *Attorneys for Plaintiff*

                                        By:    */s/ David Tamaroff*
                                                  David F. Tamaroff, Esq.
                                                  Fla. Bar No. 92084
                                                  dt@lipscombpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 14, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on all parties or their counsel of record indicated on the Service List below through the CM/ECF system or some other authorized manner.

By: */s/ David F. Tamaroff* .
David F. Tamaroff, Esq.

## SERVICE LIST

Justin B. Uhlemann, Esq.
Email: juhlemann@mwe.com
Audrey M. Pumariega, Esq.
Email: apumariega@mwe.com
**MCDERMOTT WILL & EMERY LLP**
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Tel: (305) 358-3500
Fax: (305) 347-6500
*Attorneys for Defendant Univision Communications, Inc.*